# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| South Carolina Coastal Conservation League, *et al.*, | Case No. 2:22-CV-2727-RMG |
| Plaintiffs, | |
| v. | **ORDER AND OPINION** |
| United States Army Corps of Engineers, Charleston District, *et al.*, | |
| Defendants, | |
| Tract 1 Timber, LLC, *et al.*, | |
| Defendant-Intervenors. | |

Before the Court is Plaintiffs' motion for a preliminary injunction pending Plaintiffs' appeal of this Court's Order dated September, 19, 2024 to the Fourth Circuit. (Dkt. No. 77). Plaintiffs do not set out new bases for the injunctive relief they seek, but rather explain that "[a]n injunction pending appeal is warranted for the reasons articulated in Plaintiffs' motion for a preliminary injunction and reply in support of its motion." (*Id.* at 1). The Court denies this motion on the same grounds that it denied Plaintiffs' motion for a temporary restraining order and preliminary injunction. (Dkt. No. 76).

**AND IT IS SO ORDERED.**


 s/Richard M. Gergel
Richard Mark Gergel
United States District Judge

September 24, 2024
Charleston, South Carolina